<div style="text-align:center; color:red; font-weight:bold; font-size:2em">Death Penalty</div>

UNITED STATES DISTRICT COURT     JS-6

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANDREW MELTON,<br><br>      Petitioner,<br><br>  vs.<br><br>SANDRA HUTCHENS, Sheriff of Orange County California,<br><br>      Respondent. | Case No.: CV 13-5772 ODW<br><br>JUDGMENT |

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that pursuant to the Order Dismissing Petition for Writ of Habeas Corpus dated March 19, 2014, this matter is DISMISSED without prejudice to Petitioner bringing these claims in the event that he is again convicted of murder in the California State Courts and he has completely exhausted his state court remedies.

    **IT IS SO ORDERED**.    Dated this 19th day of March 2014

*/s/ Otis D. Wright*

OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE